**United States Bankruptcy Court for the
District of Arizona**

| | |
|---|---|
| In RE:<br><br>FASTMICRO, INC.<br>　　　　Debtor(s) | Case No.: No. **2-93-03607**<br>AMENDED APPLICATION FOR PAYMENT OF<br>UNCLAIMED MONIES |

There having been a dividend check in the above-name case issued to WEI-WEI ZHANG, in the amount of $165.36, and said check having not been cashed by said payee, the trustee, pursuant to 11 U.S.C. Section 347a of the United States Bankruptcy Code, delivered this unclaimed money to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

**IF APPLICANT IS A FUNDS LOCATOR**, this application includes a Power of Attorney authorizing the undersigned, Sterling Asset Recovery, Inc., Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

Sterling Asset Recovery, Inc., attorney in fact for WEI-WEI ZHANG, creditor, hereby petitions the Court for $165.36, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due the creditor.

Application is hereby made for the Clerk, United States Bankruptcy Court, to pay said unclaimed monies to the order of WEI-WEI ZHANG c/o Sterling Asset Recovery, Inc., applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: 2826 East Devon Street, Tucson, AZ 85716.

Dated this 7th day of June, 2004

By: _Susan N. Sterling_
Susan N. Sterling
Sterling Asset
Recovery, Inc.

ROSIE STATEN ✓